UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANNA SMITH | CIVIL ACTION NO. 23-cv-1812 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| KABOOM ENTERPRISES, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation [Doc. No. 24] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 13th day of August 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE